## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Tracy A Starke

                                    Plaintiff,

v.                                                                          Case No.: 1:17–cv–04123
                                                                                Honorable Sara L. Ellis

Select Portfolio Servicing, Inc.

                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties request as follows: Fact discovery is extended through 5/17/2019. Status hearing set for 4/25/2019 is stricken and reset for 5/22/2019 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.